UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JAMES RADLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 3:09-CV-0579 JD |
| TIARA THOMAS, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## OPINION AND ORDER

Plaintiff James Radley has taken no action in this case in over six months; the last action taken by the Plaintiff in this case was his motion to appoint counsel, filed on May 28, 2010. Accordingly, the court now pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41.1 of the Northern District of Indiana, affords the Plaintiff until May 5, 2011, within which to show cause why this action should not be dismissed for want of prosecution.

SO ORDERED.

Dated this 21st Day of April 2011

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge